JOHN FAYOLLE, Appellant, v EAST WEST MANHATTAN PORTFOLIO L.P. et al., Respondents.

Decided November 19, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right from the Appellate Division order on the basis of a one-Justice dissent absent the direct involvement of a substantial constitutional question (CPLR 5601 [a], [b]).

SHAWN GREEN, Appellant, v STATE OF NEW YORK, Respondent.

Submitted October 7, 2013; decided November 19, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of SHAWN I. LAINFIESTA, Appellant, v STATE OF NEW YORK, Respondent.

Decided November 19, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

ROBERT C. LAITY, Appellant, v STATE OF NEW YORK, Respondent.

Submitted October 7, 2013; decided November 19, 2013

Motion for leave to appeal dismissed upon the ground that it does not lie (see CPLR 5602).